UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION)

and

PENTAIR WATER POOL & SPA, INC. (FORMERLY KNOWN AS PAC-FAB, INC.)

and

PENTAIR WATER BELGIUM BVBA (FORMERLY KNOWN AS STRUCTURAL EUROPE N.V. FORMERLY KNOWN AS SFC)

                          Plaintiffs,

- against -

FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK

and

CNA INSURANCE COMPANIES

                          Defendants.

**RULE 7.1 STATEMENT**

Case No. 08 cv 3604 (BSJ)

Pursuant to Federal Rules of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiffs Pentair Water Treatment (OH) Company (formerly known as Essef Corporation), Pentair Water Pool & Spa, Inc. (formerly known as Pac-Fab, Inc.) and Pentair Water Belgium BVBA (formerly known as Structural Europe N.V. formerly known as SFC), certifies that they are all 100%

NYDOCS1-855840.1

indirectly owned by Pentair, Inc., a publicly-held corporation listed on the New York Stock Exchange.

Dated: April 15, 2008

By: _____
Robert M. Horkovich (RH-2345)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1322

Attorneys for Plaintiffs
Pentair Water Treatment (OH) Company (formerly known as Essef Corporation), Pentair Water Pool & Spa, Inc. (formerly known as Pac-Fab, Inc.) and Pentair Water Belgium BVBA (formerly known as Structural Europe N.V. formerly known as SFC)