# United States District Court

**Southern** DISTRICT OF **New York**

| | |
|---|---|
| PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION) and PENTAIR WATER POOL & SPA, INC. (FORMERLY KNOWN AS PAC-FAB, INC.) and PENTAIR WATER BELGIUM BVBA (FORMERLY KNOWN AS STRUCTURAL EUROPE N.V. FORMERLY KNOWN AS SFC) | **SUMMONS IN A CIVIL CASE** CASE NUMBER: |

Plaintiffs

V.

FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK
and
CNA INSURANCE COMPANIES

Defendants

TO:  Fidelity & Casualty Insurance
Company of New York
180 Maiden Lane
New York, NY 10038

CNA INSURANCE COMPANIES
CNA Plaza-32 South
Chicago, IL 60685

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        APR 1  2008

CLERK                                                              DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION)

and

PENTAIR WATER POOL & SPA, INC. (FORMERLY KNOWN AS PAC-FAB, INC.)

and

PENTAIR WATER BELGIUM BVBA (FORMERLY KNOWN AS STRUCTURAL EUROPE N.V. FORMERLY KNOWN AS SFC)

Plaintiffs,

- against -

FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK

and

CNA INSURANCE COMPANIES

Defendants.

Index. No. 08CV3604 (B.S.J.)

**AFFIDAVIT OF SERVICE**

ERIC BURNSIDE, SR., being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

On the 15th day of April, 2008 at 3:55 p.m., deponent served a true copy of a **SUMMONS and COMPLAINT, RULE 7.1 STATEMENT AND A CIVIL COVER SHEET** on Fidelity & Casualty Insurance Company of New York by serving the New York State Insurance Department, Office of General Counsel at 25 Beaver Street, 4th Fl., New York, NY 10004.

NYDOCS1-890457.1

      Service was accepted by Mr. Edward Thompson. Mr. Thompson is a Legal Assistant. He is a Caucasian male, between the ages 50-55, has brown eyes and black and white hair, is approximately 5'10" tall, and stated he was authorized to accept service for New York State Insurance Department, Office of General Counsel.

*Eric Burnside, Sr.*
Eric Burnside, Sr.
(Lic. No. 1258605)

Sworn to before me on this
18th day of April 2008

_____
Notary Public

                **DONALD FLYNN**
    **NOTARY PUBLIC, State of New York**
               No. 01FL5046358
           Qualified in Nassau County
      Certificate Filed in New York County
      Commission Expires July 10, 2011

NYDOCS1-890457.1