AO 440 (Rev. 10/93) Summons in a Civil Case – SDNY WEB 4/99

# United States District Court

**Southern** DISTRICT OF **New York**

PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION)
and
PENTAIR WATER POOL & SPA, INC. (FORMERLY KNOWN AS PAC-FAB, INC.)
and
PENTAIR WATER BELGIUM BVBA (FORMERLY KNOWN AS STRUCTURAL EUROPE N.V. FORMERLY KNOWN AS SFC)

                        Plaintiffs

      V.

FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK
and
CNA INSURANCE COMPANIES

                      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO:    Fidelity & Casualty Insurance
         Company of New York
         180 Maiden Lane
         New York, NY  10038

         CNA INSURANCE COMPANIES
         CNA Plaza-32 South
         Chicago, IL  60685

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Anderson Kill & Olick, P.C.
    1251 Avenue of the Americas
    New York, NY  10020

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                    APR 1 - 2008

CLERK                                                     DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION); ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>FIDELITY & CASUALTY INSURNCE COMPANY OF NEW YORK; CNA INSURANCE COMPANIES<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CIV 3604**<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET AND RULE 7.1 STATEMENT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 16, 2008**, at **2:50 PM**, I served the above described documents upon **CNA INSURANCE COMPANIES** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DIANA DANIELS / MANAGER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **CNA PLAZA, 325 S. WABASH, CHICAGO, IL 60604.**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'5"**  Wgt: **140**  Hair: **BLACK**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*
**Steven A Stosur, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 16th day of April, 2008

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
**Anderson Kill & Olick, P.C.***
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38038