UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PENTAIR WATER TREATMENT (OH)
COMPANY (formerly known as
ESSEF CORPORATION) and
PENTAIR WATER POOL & SPA, INC.
(formerly known as PAC-FAB,
INC.) and PENTAIR WATER BELGIUM
BVBA (formerly known as STRUCTURAL
EUROPE N.V. formerly known as SFC),

      Plaintiffs,

STIPULATION AND ORDER

08 Civ. 3604 (BSJ)

   -against-

FIDELITY & CASUALTY INSURANCE
COMPANY OF NEW YORK and
CNA INSURANCE COMPANIES,

      Defendants.
-------------------------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that defendants' time to move or answer with respect to the complaint is extended from

May 6, 2008 until June 5, 2008.

Dated: New York, New York
   April 28, 2008


ANDERSON KILL & OLICK, P.C.

By: Robert M. Horkovich /rfh

Attorneys for Plaintiffs
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

73967

FERBER CHAN ESSNER & COLLER, LLP

By: _____
      Robert M. Kaplan (RK1428)
Attorneys for Defendants
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
(212) 944-2200


SO ORDERED:

_____
          U.S.D.J.
          5/5/08