UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Pentair Water Treatment (OH) Co., et al
     Plaintiffs,

  -against-

Fidelity & Casualty Ins. Co. of N.Y. and
CNA Insurance Companies
     Defendants.
----------------------------------------------------------X

5/5/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 3604(BSJ) (JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion:_____
  _____
  All such motions: ____

---

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

_____
United States District Judge
5/5/08