UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PENTAIR WATER TREATMENT (OH)
COMPANY (formerly known as
ESSEF CORPORATION) and
PENTAIR WATER POOL & SPA, INC.
(formerly known as PAC-FAB,
INC.) and PENTAIR WATER BELGIUM
BVBA (formerly known as STRUCTURAL
EUROPE N.V. formerly known as SFC),

                Plaintiffs,

                08 Civ. 3604 (BSJ)

      -against-                RULE 7.1 STATEMENT

FIDELITY & CASUALTY INSURANCE
COMPANY OF NEW YORK and
CNA INSURANCE COMPANIES,

                Defendants.
-------------------------------------------------------x

     Defendant The Continental Insurance Company, as successor by merger to

defendant Fidelity & Casualty Insurance Company of New York, states, pursuant to

F.R.C.P. 7.1, that it is a wholly-owned subsidiary of Continental Casualty Company,

which is a wholly-owned subsidiary of The Continental Corporation, which is a wholly-

owned subsidiary of CNA Financial Corp., which is publicly traded and a majority of

whose stock is owned by The Loews Corporation, which is also publicly traded.  No other

corporation owns more than 10% of the stock of CNA Financial Corp.  There is no entity

named "CNA Insurance Companies"; "CNA" is a service mark used to refer to the

various underwriting companies owned by CNA Financial Corp. and its subsidiaries.

2

Dated:  New York, New York
        June 4, 2008

                            FERBER CHAN ESSNER & COLLER, LLP

                            By: /s/Robert M. Kaplan
                                Robert M. Kaplan (RK1428)
                            Attorneys for Defendants
                            530 Fifth Avenue
                            New York, New York 10036-5101
                            (212) 944-2200

74314                       2