UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION)<br><br>and<br><br>PENTAIR WATER POOL & SPA, INC. (FORMERLY KNOWN AS PAC-FAB, INC.)<br><br>and<br><br>PENTAIR WATER BELGIUM BVBA (FORMERLY KNOWN AS STRUCTURAL EUROPE N.V. FORMERLY KNOWN AS SFC)<br><br>Plaintiffs,<br><br>- against -<br><br>THE CONTINENTAL INSURANCE COMPANY (AS SUCCESSOR BY MERGER TO FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK)<br><br>and<br><br>CNA INSURANCE COMPANIES<br><br>Defendants. | **OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS**<br><br>**1:08-cv-03604 (BSJ)** |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
PARTIAL MOTION TO DISMISS THE COMPLAINT**

Plaintiffs Pentair Water Treatment (OH) Company (f/k/a Essef Corporation) ("Essef"), Pentair Water Pool & Spa, Inc. (f/k/a Pac-Fab, Inc.) ("Pac-Fab") and Pentair Water Belgium BVBA (f/k/a Structural Europe N.V. f/k/a SFC) ("SFC") (collectively "Plaintiffs"), respond in opposition to Defendants and state as follows:

Plaintiffs, pursuant to Federal Rule of Civil Procedure 15, served and filed a First Amended Complaint upon Defendants The Continental Insurance Company

NYDOCS1-894467.1

("Continental"), as successor by merger to The Fidelity & Casualty Insurance Company of New York ("Fidelity"), and CNA Insurance Companies ("CNA") on June 18, 2008. See First Amended Complaint attached as Exhibit A to the accompanying declaration.

For the foregoing reason, Defendants' Motion to Dismiss the Complaint and motion for an order dismissing Plaintiffs' third claim for relief and dismissing CNA Insurance Companies as a Defendant, filed on June 5, 2008 as Document # 8, is moot.

WHEREFORE, Plaintiffs respectfully request that Defendants' Partial Motion to Dismiss the Complaint be DENIED.

June 19, 2008

By: _____

ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich, Esq. (RH-2345)
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 278-1000

ATTORNEY FOR PLAINTIFFS
PENTAIR WATER TREATMENT (OH)
COMPANY (FORMERLY KNOWN AS ESSEF
CORPORATION), PENTAIR WATER POOL &
SPA, INC. (F/K/A PAC-FAB, INC.) AND
PENTAIR WATER BELGIUM BVBA (F/K/A
STRUCTURAL EUROPE N.V. F/K/A SFC)