```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
PENTAIR WATER TREATMENT (OH)           : 08 Civ. 3604 (BSJ) (JCF)
COMPANY (FORMERLY KNOWN AS ESSEF       :
CORPORATION),                          :     O R D E R
                                       :
and                                    :
                                       :
PENTAIR WATER POOL & SPA, INC.         :
(FORMERLY KNOWN AS PAC-FAB, INC.),     :
                                       :
and                                    :
                                       :
PENTAIR WATER BELGIUM BVBA             :
(FORMERLY KNOWN AS STRUCTURAL          :
EUROPE N.V. FORMERLY KNOWN AS          :
SFC),                                  :
              Plaintiffs,              :
                                       :
   - against -                         :
                                       :
FIDELITY & CASUALTY INSURANCE          :
COMPANY OF NEW YORK and CNA            :
INSURANCE COMPANIES,                   :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on July 1, 2008, it is hereby ORDERED as follows:

1. The parties shall make their initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure by July 15, 2008.

2. The parties shall serve initial written discovery demands by July 30, 2008, and shall respond to their adversaries' demands by September 8, 2008.

3. All discovery shall be completed by October 31, 2008.

4. The pretrial order shall be submitted by November 30, 2008

1

unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

_/s/ James C. Francis IV_
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          July 1, 2008

Copies mailed this date:

Robert M. Horkovich, Esq.
Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, New York 10020

Robert M. Kaplan, Esq.
Ferber Chan Essner & Coller, LLP
530 Fifth Avenue, 23rd Floor
New York, New York 10036