UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
PENTAIR WATER TREATMENT (OH)
COMPANY (formerly known as
ESSEF CORPORATION) and
PENTAIR WATER POOL & SPA, INC.
(formerly known as PAC-FAB,
INC.) and PENTAIR WATER BELGIUM
BVBA (formerly known as STRUCTURAL
EUROPE N.V. formerly known as SFC),

                               Plaintiffs,

                                         08 Civ. 3604 (BSJ)

                -against-

FIDELITY & CASUALTY INSURANCE
COMPANY OF NEW YORK and
CNA INSURANCE COMPANIES,

                               Defendants.
-----------------------------------------------------x

<u>DECLARATION OF SERVICE</u>

STATE OF NEW YORK    )
                         )ss:
COUNTY OF NEW YORK)

          ROBERT M. KAPLAN, under penalty of perjury, declares as follows:

           1.      I am an attorney at law, admitted to practice before this Court and a member of Ferber Chan Essner & Coller, LLP, attorneys for defendants.

           2.      On July 8, 2008, I electronically filed defendants' motion to dismiss the first amended complaint, supporting declarations and supporting memorandum of law with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to plaintiffs' counsel.

Dated:　　　New York, New York
　　　　　　July 9, 2008

　　　　　　　　　　　　　　　　　　/s/Robert M. Kaplan
　　　　　　　　　　　　　　　　　　ROBERT M. KAPLAN