UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION)<br><br>and<br><br>PENTAIR WATER POOL & SPA, INC. (FORMERLY KNOWN AS PAC-FAB, INC.)<br><br>and<br><br>PENTAIR WATER BELGIUM BVBA (FORMERLY KNOWN AS STRUCTURAL EUROPE N.V. FORMERLY KNOWN AS SFC)<br><br>       Plaintiffs,<br><br>- against -<br><br>THE CONTINENTAL INSURANCE COMPANY (AS SUCCESSOR BY MERGER TO FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK)<br><br>and<br><br>CNA INSURANCE COMPANIES<br><br>       Defendants. | Case No. 1:08-cv-03604 (BSJ) |

## PLAINTIFFS' NOTICE OF CROSS-MOTION TO STRIKE DEFENDANTS' AFFIDAVITS

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiffs Pentair Water Treatment (OH) Company (f/k/a Essef Corporation) ("Essef"), Pentair Water Pool & Spa, Inc. (f/k/a Pac-Fab, Inc.) ("Pac-Fab") and Pentair Water Belgium BVBA (f/k/a Structural Europe N.V. f/k/a SFC) ("SFC") (collectively "Plaintiffs") will move this Court before the Honorable Barbara S. Jones, United States District Judge, on a date and time to be determined by this Court, at the United States

NYDOCS1-897026.1

Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Fed. R. Civ. P. 12(d), to strike the Defendants' affidavits and exhibits attached thereto, submitted with their Motion to Dismiss the First Amended Complaint filed July 8, 2008.

Dated: New York, New York
July 25, 2008

By:     /s/ Robert M. Horkovich

ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich, Esq. (RH-2345)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000

**ATTORNEY FOR PLAINTIFFS PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION), PENTAIR WATER POOL & SPA, INC. (F/K/A PAC-FAB, INC.) AND PENTAIR WATER BELGIUM BVBA (F/K/A STRUCTURAL EUROPE N.V. F/K/A SFC)**

TO:

FERBER CHAN ESSNER & COLLER, LLP
Attorneys for Defendants
530 Fifth Avenue
New York, New York 10036-5101
(212) 944-2200

NYDOCS1-897026.1