UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PENTAIR WATER TREATMENT (OH)
COMPANY (formerly known as
ESSEF CORPORATION) and
PENTAIR WATER POOL & SPA, INC.
(formerly known as PAC-FAB,
INC.) and PENTAIR WATER BELGIUM
BVBA (formerly known as STRUCTURAL
EUROPE N.V. formerly known as SFC),

              Plaintiffs,

                                  08 Civ. 3604 (BSJ)

          -against-

FIDELITY & CASUALTY INSURANCE
COMPANY OF NEW YORK and
CNA INSURANCE COMPANIES,

              Defendants.
-------------------------------------------------------x

DECLARATION OF SERVICE

STATE OF NEW YORK    )
                         )ss:
COUNTY OF NEW YORK)

        ROBERT M. KAPLAN, under penalty of perjury, declares as follows:

           1.      I am an attorney at law, admitted to practice before this Court and

a member of Ferber Chan Essner & Coller, LLP, attorneys for defendants.

           2.      On August 1, 2008, I electronically filed defendants' reply

memorandum of law in further support of their motion to dismiss the first amended

complaint of law with the Clerk of the District Court using the CM/ECF system, which

sent notification of such filing to plaintiffs' counsel.

Dated:        New York, New York
                August 1, 2008


                                        /s/Robert M. Kaplan
                                        ROBERT M. KAPLAN