UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENTAIR WATER TREATMENT (OH) COMPANY (FORMERLY KNOWN AS ESSEF CORPORATION)

and

PENTAIR WATER POOL & SPA, INC. (FORMERLY KNOWN AS PAC-FAB, INC.)

and

PENTAIR MANUFACTURING BELGIUM BVBA (FORMERLY KNOWN AS STRUCTURAL EUROPE N.V. FORMERLY KNOWN AS SFC)

                    Plaintiffs,

- against -

THE CONTINENTAL INSURANCE COMPANY (AS SUCCESSOR BY MERGER TO FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK)

and

CNA INSURANCE COMPANIES

                    Defendants.

Case No. 1:08-cv-03604 (BSJ) (JCF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/10

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between the undersigned attorneys for the parties in the above-captioned action that the action is hereby dismissed with prejudice, with each party to

bear its own costs and attorneys' fees.

Dated: June 29, 2010


ANDERSON KILL & OLICK, P.C
Attorneys for Plaintiffs

By: _Robert M. Horkovich by RFH_
Robert M. Horkovich (RH-2345)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000


FERBER CHAN ESSNER & COLLER, LLP
Attorneys for Defendants

By: _____
Robert M. Kaplan
530 Fifth Avenue
New York, New York 10036
Telephone: (212) 944-2200


TROUTMAN SANDERS, LLP
Attorneys for Defendants

By: _John R. Gerstein by RMK_
John R. Gerstein
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
Telephone: (202) 662-2009


**SO ORDERED** this 30th day of June, 2010.

_____
Judge Barbara S. Jones
United States District Judge